# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| **STEPHANY FAIRES**, | Case No.: 2:20-cv-01409-MJP |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| **I.Q. DATA INTERNATIONAL, INC.,** | |
| Defendant. | |

Upon stipulation of the parties, this matter is hereby dismissed with prejudice, with each side to bear their own costs and attorney's fees.

Dated this 8th day of March, 2021.


Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL
Case No. 2:20-cv-01409-MJP

1